AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the
Eastern District of Washington

ROBERT J. HILL,

_____
*Plaintiff*

v.

STEPHEN SINCLAIR, TYLER TOMPKINS,
BILLIE PETERSON, and CHERYL STRANGE,

_____
*Defendant*

)
)
)
)
)
)
)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Nov 09, 2023**

SEAN F. McAVOY, CLERK

Civil Action No.    4:23-CV-05113-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐   the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____ .

☑   other:   Pursuant to the Order filed at ECF No. 9, this action is DISMISSED with prejudice for failure to state a claim
upon which relief may be granted under 28 U.S.C. §§ 1915A(b)(1) and 1915(e)(2).

This action was *(check one)*:

☐   tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐   tried by Judge _____ without a jury and the above decision
was reached.

☑   decided by Judge     Stanley A. Bastian _____ .

Date:   11/9/2023 _____

CLERK OF COURT

_SEAN F. McAVOY_____

_s/ Ruby Mendoza_____
*(By) Deputy Clerk*

_Ruby Mendoza_____